```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------X
UNITED STATES OF AMERICA           :
                                   :
     -against-                     :      No. 96 Cr. 126 (JFK)
                                   :           **ORDER**
ALDO MITCHELL,                     :
                                   :
                    Defendant.     :
-----------------------------------X

**JOHN F. KEENAN, United States District Judge:**

Defendant Aldo Mitchell's request for appointment of counsel to process his motion for compassionate release pursuant to the First Step Act, 18 U.S.C. § 3582(c)(1)(A), (ECF Nos. 808-10), is DENIED.

The Government is directed to file its response to Mitchell's <u>pro se</u> motion for compassionate release, (ECF Nos. 808-810), by no later than June 5, 2020. The Government is further directed to mail a copy of its response to Mitchell by June 5, 2020. Mitchell shall have 30 days from the date on which he is served with the Government's opposition to file a response. Absent further order, the motion will be considered fully submitted as of that date.

The Court will mail a copy of this Order to Mitchell today.

**SO ORDERED.**

Dated:  New York, New York
        May 27, 2020

                                    _____
                                    John F. Keenan
                                    United States District Judge