USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED  6/30/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------- X

UNITED STATES OF AMERICA,

    -against-

ALDO MITCHELL,

              Defendant.

------------------------------- X

No. 96 Cr. 126 (JFK)

**ORDER**

**JOHN F. KEENAN, United States District Judge:**

    Defendant Aldo Mitchell's letter request for appointment of counsel (ECF No. 816) is DENIED.

**SO ORDERED.**

Dated: New York, New York
       June 30, 2020

                                               John F. Keenan
                                    United States District Judge