USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-8-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA            :
                                    :
     -against-                      :     No. 96 Cr. 126 (JFK)
                                    :     **ORDER**
ALDO MITCHELL,                      :
                                    :
                         Defendant. :
------------------------------------X

**JOHN F. KEENAN, United States District Judge:**

On April 18, 2020, Defendant Aldo Mitchell submitted a letter requesting immediate compassionate release due to the COVID-19 pandemic. (ECF No. 808.) Between April 19, 2020, and May 14, 2020, Mitchell submitted supplemental materials related to his request for a sentence reduction and his immediate release. (ECF Nos. 809, 810.) On June 5, 2020, the Government filed an opposition to Mitchell's request, (ECF No. 814), and on June 15, 2020, Mitchell submitted a reply brief in which he moved to withdraw his request for compassionate release, (ECF No. 819).

Accordingly, Mitchell's request to withdraw the motion is GRANTED. The Clerk of Court is directed to terminate the motion docketed at ECF No. 808.

The Court will mail a copy of this Order to Mitchell today.

**SO ORDERED.**

Dated:  New York, New York
        October 8, 2020

                                    /s/ John F. Keenan
                                    John F. Keenan
                                    United States District Judge