USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-10-21

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X
UNITED STATES OF AMERICA :
    :
    -against- : No. 96 Cr. 126 (JFK)
    :
ALDO MITCHELL, : **ORDER**
    :
    Defendant. :
------------------------------------X

**JOHN F. KEENAN, United States District Judge:**

    On March 5, 2021, Defendant Aldo Mitchell, appearing pro se, filed a renewed motion for reduction in sentence pursuant to the First Step Act, 18 U.S.C. § 3582(c)(1)(A), commonly known as the compassionate release statute. (ECF No. 841.) Mitchell's renewed motion includes a memorandum of law of approximately 36 pages and also requests appointment of counsel.

    "[P]ro se litigants generally are entitled to a liberal construction of their pleadings, which should be read 'to raise the strongest arguments that they suggest.'" Green v. United States, 260 F.3d 78, 83 (2d Cir. 2001) (quoting Graham v. Henderson, 89 F.3d 75, 79 (2d Cir. 1996)). Here, Mitchell has submitted a comprehensive memorandum of law in support of his renewed motion. Accordingly, Mitchell's request for appointment of counsel is DENIED.

    IT is FURTHER ORDERED that the Government shall file its response, if any, to Mitchell's pro se motion by no later than March 24, 2021, and mail a copy to Mitchell at that time.

1

Mitchell shall have 30 days from the date on which he is served with the Government's response to file a reply, if any. Absent further order, Mitchell's motion will be considered fully submitted as of that date.

The Court will mail a copy of this Order to Mitchell today.

**SO ORDERED.**

Dated:  New York, New York
        March 10, 2021

*/s/ John F. Keenan*
John F. Keenan
United States District Judge